

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00116-CR

| | | |
|---|---|---|
| Atethan Voraritskul | § | From the 16th District Court |
| | § | of Denton County (F-2013-0350-A) |
| v. | § | February 12, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and, on its own holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM